1034 

[No. 43524-8-I. Division One. September 13, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ELADIO
MARROQUIN-MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-03086-4, Glenna Hall, J., entered October
9, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 17560-0-III. Division Three. September 14, 1999.]

*In the Matter of the Marriage of* SUZANNE M.
RIPPLINGER, *Appellant*, and JAMES E. RIPPLINGER,
*Respondent*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 97-3-01596-9, Robert D. Austin, J.,
entered July 8, 1998. *Affirmed* by unpublished opinion per
Kurtz, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 17625-8-III. Division Three. September 14, 1999.]

*In the Matter of the Marriage of* JOYCE MARIE WEAVER,
*Respondent*, and BART CLARENCE WEAVER, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry
County, No. 92-3-00049-8, Larry M. Kristianson, J., entered
June 8, 1998. *Reversed* by unpublished opinion per Kurtz,
J., concurred in by Schultheis, C.J., and Brown, J.

[No. 17793-9-III. Division Three. September 14, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ASHLEY R.
PAYNE, *Appellant*.

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 98-8-00308-1, Lonna Malone, J. Pro Tem.,
entered September 10, 1998. *Reversed* by unpublished
opinion per Sweeney, J., concurred in by Kurtz, A.C.J., and
Kato, J.